BRUCE C. YOUNG, ESQ., NV Bar # 5560
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
*Attorneys for Defendant*
*The Anthem Companies, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACIA MCCOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANTHEM COMPANIES, INC., a Delaware Foreign Corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants. | CASE NO.  2:20-cv-01848-KJD-VCF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Minute of Proceedings (ECF No. 14) dated November 23, 2020, Defendant The Anthem Companies, Inc. ("Defendant" or "Anthem") and Plaintiff Stacia McCoy, by and through their respective counsel of record, submit the following Joint Status Report Regarding Settlement.

The parties have been unable to finalize the settlement agreement and submit the stipulated dismissal and will be unable to do so before December 21, 2020.  Due to the holiday season, the impact of the COVID-19 pandemic on Anthem's business practices, and Anthem representatives involved with the settlement taking vacation time, the settlement agreement has taken longer to approve and finalize than anticipated.  As a result, the parties request an additional twenty-one (21) days to finalize submit the stipulation to dismiss the action based on the settlement.

///

4811-3871-3301.1

This request for additional time to finalize the settlement and submit a stipulation to dismiss this action is made in good faith and not for the purpose of unnecessary delay.

DATED this 21st day of December, 2020.                        DATED this 21st day of December, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP            HUTCHINGS LAW GROUP, LLC


*/s/ Bruce C. Young*                                            */s/ Stacy Norris, Esq.*
Bruce C. Young, Esq.                                         Mark H. Hutchings, Esq.
Nevada Bar No. 5560                                          Nevada Bar No. 12783
Attorneys for Defendant                                      Stacy Norris, Esq.
                                                             Nevada Bar No. 26556
THE ANTHEM COMPANIES, INC.                                   Attorneys for Plaintiff
                                                             STACIA MCCOY


**IT IS SO ORDERED**

**DATED:** 5:04 pm, December 22, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4811-3871-3301.1                          2