BRUCE C. YOUNG, ESQ., NV Bar # 5560
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
*Attorneys for Defendant*
*The Anthem Companies, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACIA MCCOY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE ANTHEM COMPANIES, INC., a Delaware Foreign Corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:20-cv-01848-KJD-VCF<br><br>**SECOND JOINT STATUS REPORT REGARDING SETTLEMENT** |

　　　　Pursuant to the Minute of Proceedings (ECF No. 14) dated November 23, 2020, the parties submitted a Joint Status Report Regarding Settlement (ECF No. 15) requesting additional time to finalize the settlement agreement entered into between the parties and submit the stipulation to dismiss this action.  This Court entered an Order (ECF No. 15) allowing the parties the requested twenty-one (21) additional days to finalize the settlement agreement and submit a stipulation to dismiss this action.

　　　　The parties have finalized the settlement agreement.  However, again due to the holidays and COVID-19 related issues, Defendant Anthem has not been able to obtain the settlement checks by the expiration of the additional 21-days provided by the Court's Order.  Counsel for Defendant Anthem expects to have the settlement checks on Friday, January 15, 2021, at which time those checks will be distributed to counsel for Plaintiff and the parties will submit the stipulation to

4814-1506-1206.1

1 dismiss this action.

2     This request for additional time to exchange the settlement checks and submit the stipulation
3 to dismiss this action is made in good faith and not for the purpose of unnecessary delay.

4 DATED this 12th day of January, 2021.    DATED this 12th day of January, 2021.

5 LEWIS BRISBOIS BISGAARD & SMITH LLP    HUTCHINGS LAW GROUP, LLC

7 */s/ Bruce C. Young*    */s/ Mark H. Hutchings, Esq.*
Bruce C. Young, Esq.    Mark H. Hutchings, Esq.
8 Nevada Bar No. 5560    Nevada Bar No. 12783
Attorneys for Defendant    Attorneys for Plaintiff

THE ANTHEM COMPANIES, INC.    STACIA MCCOY

## ORDER

IT IS ORDERED that by February 1, 2021, the parties must file either dismissal paperwork or an additional joint status report.

**IT IS SO ORDERED**

**DATED:** 2:22 pm, January 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4814-1506-1206.1    2